No. 10-7568. Joseph Peter Franken-
berry, Petitioner v. Court of Com-
mon Pleas of Pennsylvania, Fayette
County, et al.

562 U.S. 1187, 131 S. Ct. 1014, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 868.

January 18, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Third Circuit denied.

Same case below, 365 Fed. Appx. 334.

No. 10-7569. Mark A. Grethen, Peti-
tioner v. Western Regional Director.

562 U.S. 1187, 131 S. Ct. 1014, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 832.

January 18, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 431.

No. 10-7570. Robert Forte, Petitioner
v. Christine Barber, et al.

562 U.S. 1187, 131 S. Ct. 1014, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 899,

January 18, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

No. 10-7571. Robert E. Hawkins, Peti-
tioner v. Illinois Department of Cor-
rections, et al.

562 U.S. 1187, 131 S. Ct. 1038, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 719.

January 18, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Seventh Circuit denied.

No. 10-7573. Jeffrey K. Gilbert, Peti-
tioner v. New Jersey.

562 U.S. 1187, 131 S. Ct. 1014, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 811.

January 18, 2011. Petition for writ of
certiorari to the Superior Court of New
Jersey, Appellate Division, denied.

No. 10-7574. Eunice Husband, Peti-
tioner v. Brian J. Kornbrath, et al.

562 U.S. 1187, 131 S. Ct. 1015, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 753.

January 18, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Fourth Circuit denied.

Same case below, 379 Fed. Appx. 302.

No. 10-7575. James Gaston, Petitioner
v. Illinois.

562 U.S. 1187, 131 S. Ct. 1015, 178 L.
Ed. 2d 842, 2011 U.S. LEXIS 864.

January 18, 2011. Petition for writ of
certiorari to the Appellate Court of Illi-
nois, First District, denied.

Same case below, 398 Ill. App. 3d 1101,
370 Ill. Dec. 767, 988 N.E.2d 1123.